```
                                                    FILED
                                                2007 JAN 26 AM 9:28

LAW OFFICES OF LINDA A. KING                    CLERK US DISTRICT COURT
2044 First Ave., Suite 200                      SOUTHERN DISTRICT OF CALIFORNIA
San Diego, CA 92101-2079
(619) 233-8034  FAX (619) 233-4516              BY_____DEPUTY
State Bar No. 087138
```

Attorney for ___Material Witness___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. Case No: 06 CR 2552-GT |
| ) | Magis. Case No: 06MJ2119 |
| Plantiff, ) | |
| ) | Ex Parte Application and |
| vs. ) | Order to Exonerate the |
| ) | Appearance Bond for the |
| ) | Material Witness |
| DENISE BARAJAS-MARTINEZ ) | |
| ) | |
| Defendent ) | |
| _____) | |

### EX PARTE APPLICATION

This Ex Parte Application and Order to Exonerate the Appearance Bond is submitted in connection with Marlem Rodriguez-Dorantes the Material Witness for this case.

This Application is made after authorization was obtained from the Office of the United States Attorney to remand the the material witness to the United States Bureau of Customs and Border Protection and after the Material Witness was remanded to the custody of the United States Bureau of Customs and Border Protection for a voluntary return to Mexico.

Law Offices of
Linda A. King and Associates
2044 First Ave., Suite 200 • San Diego, CA 92101-2079
(619) 233-8034   FAX (619) 233-4516

On behalf of the Material Witness and the surety who signed the Appearance Bond for the Material Witness, I respectfully request the court exonerate the Material Witness Bond, and return the cash deposit in the amount of $500.00 currently on deposit to the Court securing the Material Witness bond.

Date:   January 23, 2007

*Linda A. King*

Linda A. King

Attorney for the Material Witness

ORDER

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00 which secured the presence of the Material Witness Marlem Rodriguez-Dorantes be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety at the following address:

Magdalena Duarte
859 Boundary Street
San Diego, CA 92102

Date: 1/24/2007

United States Magistrate Judge